IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 4:18cv3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SERVICE** |
| | ) | |
| UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA BOARD OF REGENTS, | ) ) | |
| | ) | |
| Defendants. | ) | |

To: John Doe, Plaintiff, by and through his attorneys of record Matthew Donnelly, Petefish, Immel, Hird, Johnson, Leibold & Sloan, LLP, 842 Louisiana Street, Lawrence, KS 66044, and Roger D. Moore, Rehm, Bennett, Moore Rehm & Ockander, P.C., L.L.O., 3701 Union Drive, #200, Lincoln, NE 68516.

COME NOW University of Nebraska and University of Nebraska Board of Regents, (collectively, "Defendants") by and through their undersigned counsel, and state that on the 22nd day of February, 2019, they caused Defendants' Initial Disclosures to be served on Plaintiff by mailing the same to his counsel of record Matthew Donnelly, Petefish, Immel, Hird, Johnson, Leibold & Sloan, LLP, 842 Louisiana Street, Lawrence, KS 66044, and Roger D. Moore, Rehm, Bennett, Moore Rehm & Ockander, P.C., L.L.O., 3701 Union Drive, #200, Lincoln, NE 68516.

Dated this 22nd day of February, 2019.

                                        UNIVERSITY OF NEBRASKA;
                                        UNIVERSITY OF NEBRASKA BOARD OF
                                        REGENTS, Defendants

                            By:   /s/ Lily Amare
                                    Susan K. Sapp #19121
                                    Lily Amare #25735
                                    Cline Williams Wright
                                     Johnson & Oldfather, L.L.P.
                                    1900 U.S. Bank Building
                                    233 South 13th Street
                                    Lincoln, NE 68508
                                    (402) 474-6900
                                    ssapp@clinewilliams.com
                                    lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Nebraska using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case.

| | |
|---|---|
| Roger D. Moore<br>REHM, BENNETT, MOORE<br>  REHM & OCKANDER, P.C., L.L.O.<br>3701 Union Drive, #200<br>Lincoln, NE 68516<br>rmoore@rehmlaw.com | Matthew Donnelly<br>Petefish, Immel, Hird, Johnson,<br>  Leibold & Sloan, LLP<br>842 Louisiana Street<br>Lawrence, KS 66044<br>mdonnelly@petefishlaw.com |

/s/ Lily Amare
Lily Amare

2