# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:18cv3142 |
| ) | |
| v. ) | |
| ) | **CERTIFICATE OF SERVICE OF** |
| UNIVERSITY OF NEBRASKA, ) | **PLAINTIFF'S FIRST DISCOVERY** |
| ) | **REQUESTS TO DEFENDANTS** |
| UNIVERSITY OF NEBRASKA BOARD ) | |
| OF REGENTS, ) | |
| Defendants. ) | |
| ) | |

COMES NOW, Plaintiff John Doe, through counsel Matthew Donnelly, and certifies that on March 12, 2019, he served: 1) "Plaintiff's First Request for Production of Documents and Things to Defendants," and 2) "Plaintiff's First Interrogatories to Defendants" upon Defendant's counsel of record via email as follows:

Susan K. Sapp ssapp@clinewilliams.com
Lily Amare lamare@clinewilliams.com
Bren H. Chambers bchambers@nebraska.edu
**Counsel for Defendants**

                                                                     /s/ Matthew J. Donnelly
                                                                      Matthew J. Donnelly
                                                                        KS Bar # 23354
                                                                        Petefish, Immel, Hird, Johnson,
                                                                            Leibold & Sloan, LLP
                                                                        842 Louisiana Street
                                                                        Lawrence, KS 66044
                                                                        (785) 843-0450 telephone
                                                                        (785) 843-0407 facsimile
                                                                        mdonnelly@petefishlaw.com
                                                                        Admitted Pro Hac Vice

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case. I further certify that the foregoing was emailed to the following:

Susan K. Sapp ssapp@clinewilliams.com
Lily Amare lamare@clinewilliams.com
Bren H. Chambers bchambers@nebraska.edu
**Counsel for Defendants**

                                      /s/ Matthew J. Donnelly
                                      Matthew J. Donnelly