IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 4:18cv3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SERVICE – ANSWERS TO** |
| | ) | **INTERROGATORIES AND RESPONSES** |
| UNIVERSITY OF NEBRASKA, UNIVERSITY | ) | **TO REQUESTS FOR PRODUCTION OF** |
| OF NEBRASKA BOARD OF REGENTS, | ) | **DOCUMENTS** |
| | ) | |
| Defendants. | ) | |

To:      John Doe, Plaintiff, by and through his attorneys of record Matthew Donnelly, Petefish, Immel, Hird, Johnson, Leibold & Sloan, LLP, 842 Louisiana Street, Lawrence, KS 66044, and Roger D. Moore, Rehm, Bennett, Moore Rehm & Ockander, P.C., L.L.O., 3701 Union Drive, #200, Lincoln, NE 68516.

COME NOW University of Nebraska and University of Nebraska Board of Regents, (collectively, "Defendants") by and through their undersigned counsel, and state that on the 1st day of May, 2019, they caused Defendants' Answers to Interrogatories and Responses to Requests for Production of Documents to be served on Plaintiff by mailing the same to his counsel of record Matthew Donnelly, Petefish, Immel, Hird, Johnson, Leibold & Sloan, LLP, 842 Louisiana Street, Lawrence, KS 66044, and Roger D. Moore, Rehm, Bennett, Moore Rehm & Ockander, P.C., L.L.O., 3701 Union Drive, #200, Lincoln, NE 68516.

Dated this 1st day of May, 2019.

UNIVERSITY OF NEBRASKA;
UNIVERSITY OF NEBRASKA BOARD OF
REGENTS, Defendants

By:      /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Nebraska using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case.

Roger D. Moore
REHM, BENNETT, MOORE
  REHM & OCKANDER, P.C., L.L.O.
3701 Union Drive, #200
Lincoln, NE 68516
rmoore@rehmlaw.com

Matthew Donnelly
Petefish, Immel, Hird, Johnson,
  Leibold & Sloan, LLP
842 Louisiana Street
Lawrence, KS 66044
mdonnelly@petefishlaw.com

/s/ Lily Amare
Lily Amare

2