# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

October 7, 2019

Roger D. Moore
REHM, BENNETT LAW FIRM - LINCOLN
3701 Union Drive
Suite 200
Lincoln, NE   68516

RE:   Case No.   4:18cv3142
      Doe v. University of Nebraska et al

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

   ___   Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

   ___   Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

    X    Paid the 2019/2020 biennial attorney assessment fee, as required by NEGenR 1.7(h).

The necessary form(s) is/are attached for your use in complying with this request.   If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order.   If you have already submitted the forms or taken the action required above, please disregard this letter.   If you have any questions or concerns, please do not hesitate to contact our office.

                              Sincerely,

                              s/   Lindsey Olson
                                   Deputy Clerk

Enclosures                                                          Forms-Attorney_Letter
                                                                 Approved: February 25, 2008

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

## 2019/2020 BIENNIAL ASSESSMENT

Note:   The 2019/2020 biennial assessment is $20.00 and must be paid by March 1, 2019. You are not required to complete this form or pay the biennial assessment if you were admitted to the court pro hac vice or if you are an attorney employed by the federal, state, county, city, or local government. In addition, if you are a registered user of CM/ECF, do not complete this form. Instead, you should pay your assessment online.[1]

1.   Please supply our office with the following information:

   Name _____
   Mailing Address _____
   Law Firm Telephone Number _____
   Law Firm Fax Number _____
   E-mail Address _____

2.   In conjunction with the biennial assessment process, we are asking the following question: Are you willing to accept appointments in civil in forma pauperis cases?

   Yes _____   No _____

---

[1] Instructions for paying the assessment online are available on the court's website at http://www.ned.uscourts.gov/internetDocs/cmecf/Biennial_Assessment_Fee.pdf.