IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 4:18cv3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED** |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | |
| UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA BOARD OF REGENTS, JAKE JOHNSON, LAURIE BELLOWS, MEAGAN COUNLEY, TONI ANAYA, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

COME NOW University of Nebraska, University of Nebraska Board of Regents, Jake Johnson, Laurie Bellows, Meagan Counley, and Toni Anaya (collectively, "Defendants") by and through their undersigned counsel, and respectfully request that the following deadline be extended:

1. Motion for Summary Judgment on Qualified Immunity for two weeks or from November 20, 2019 to December 4, 2019; and

2. Plaintiff does not object to the extension of this deadline.

WHEREFORE, Defendants respectfully request that this Court extend the above deadline as requested herein.

Dated this 19th day of November, 2019.

                                                        UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA BOARD OF REGENTS, JAKE JOHNSON, LAURIE BELLOWS, MEAGAN COUNLEY, TONI ANAYA, Defendants

By:   /s/ Lily Amare
        Susan K. Sapp #19121
        Lily Amare #25735
        Cline Williams Wright
         Johnson & Oldfather, L.L.P.
        1900 U.S. Bank Building
        233 South 13th Street
        Lincoln, NE 68508
        (402) 474-6900
        ssapp@clinewilliams.com
        lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 19, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Nebraska using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case.

| | |
|---|---|
| Roger D. Moore | Matthew Donnelly |
| REHM, BENNETT, MOORE | Petefish, Immel, Hird, Johnson, |
|   REHM & OCKANDER, P.C., L.L.O. |   Leibold & Sloan, LLP |
| 3701 Union Drive, #200 | 842 Louisiana Street |
| Lincoln, NE 68516 | Lawrence, KS 66044 |
| rmoore@rehmlaw.com | mdonnelly@petefishlaw.com |

/s/ Lily Amare
Lily Amare