IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 4:18cv3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED** |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | |
| UNIVERSITY OF NEBRASKA, UNIVERSITY | ) | |
| OF NEBRASKA BOARD OF REGENTS, JAKE | ) | |
| JOHNSON, LAURIE BELLOWS, MEAGAN | ) | |
| COUNLEY, TONI ANAYA, | ) | |
| | ) | |
| Defendants. | ) | |

COME NOW University of Nebraska, University of Nebraska Board of Regents, Jake Johnson, Laurie Bellows, Meagan Counley, and Toni Anaya (collectively, "Defendants") by and through their undersigned counsel, and respectfully request that the following deadline be extended:

1. Motion for Summary Judgment on Qualified Immunity for two weeks from December 4, 2019 to December 18, 2019; and

2. Plaintiff does not object to the extension of this deadline.

WHEREFORE, Defendants respectfully request that this Court extend the above deadline as requested herein.

Dated this 2nd day of December, 2019.

UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA BOARD OF REGENTS, JAKE JOHNSON, LAURIE BELLOWS, MEAGAN COUNLEY, TONI ANAYA, Defendants

By:  /s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Nebraska using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case.

Roger D. Moore
REHM, BENNETT, MOORE
  REHM & OCKANDER, P.C., L.L.O.
3701 Union Drive, #200
Lincoln, NE 68516
rmoore@rehmlaw.com

Matthew Donnelly
Petefish, Immel, Hird, Johnson,
  Leibold & Sloan, LLP
842 Louisiana Street
Lawrence, KS 66044
mdonnelly@petefishlaw.com

/s/ Lily Amare
Lily Amare

2