IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA BOARD OF REGENTS, JAKE JOHNSON, LAURIE BELLOWS, MEAGAN COUNLEY, TONI ANAYA <br><br> Defendants. | CASE NO. 4:18cv3142 <br><br><br> DEFENDANTS' <br> MOTION FOR PARTIAL <br> SUMMARY JUDGMENT |

COME NOW Defendants, pursuant to Fed. R. Civ. P. 56 and Local Rules NECivR 7.1 and 56.1, and respectfully move the Court for partial summary judgment in their favor and against Plaintiff, John Doe ("Plaintiff"), seeking dismissal of the Sixth Cause of Action on the basis it is barred by qualified, absolute, quasi-judicial and sovereign immunity, and on the merits for lack of a genuine issue of material fact. In support of their motion, Defendants rely on their brief and evidence submitted contemporaneously herewith, as well as other materials in the record, as cited in their brief.

WHEREFORE, Defendants respectfully request the Court grant their Motion for Partial Summary Judgment and dismiss the Sixth Cause of Action of Plaintiff's Amended Complaint against these Defendants.

Dated this 18th day of December, 2019.

UNIVERSITY OF NEBRASKA; UNIVERSITY OF NEBRASKA BOARD OF REGENTS; JAKE JOHNSON; LAURIE BELLOWS; MEAGAN COUNLEY; TONI ANAYA, Defendants

By: /s/ Susan K. Sapp
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
  Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case. I further certify that the foregoing was served upon the attorneys for the plaintiff by U.S. mail, first class postage prepaid as follows:

| | |
|---|---|
| Roger D. Moore | Matthew Donnelly |
| REHM, BENNETT, MOORE | Petefish, Immel, Hird, Johnson, |
| REHM & OCKANDER, P.C., L.L.O. |   Leibold & Sloan, LLP |
| 3701 Union Drive, #200 | 842 Louisiana Street |
| Lincoln, NE 68516 | Lawrence, KS 66044 |
| rmoore@rehmlaw.com | mdonnelly@petefishlaw.com |

/s/ Susan K. Sapp
Susan K. Sapp

4828-2621-9439, v. 1