IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 4:18cv3142 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED** |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | |
| UNIVERSITY OF NEBRASKA, | ) | |
| UNIVERSITY OF NEBRASKA BOARD | ) | |
| OF REGENTS, JAKE JOHNSON, LAURIE | ) | |
| BELLOWS, MEAGAN COUNLEY, TONI | ) | |
| ANAYA, | ) | |
| Defendants. | ) | |

COME NOW Plaintiff John Doe by and through the undersigned counsel, and respectfully request that the following deadline be extended:

1. Response to Defendants' Motion for Summary Judgment on Qualified Immunity for thirty days from January 8, 2020 to February 7, 2020; and

2. Defendants do not object to the extension of this deadline.

WHEREFORE, Plaintiff respectfully request that this Court extend the above deadline as requested herein.

Dated this 31st day of December, 2019.

                                            JOHN DOE, Plaintiff

                                            By:    /s/ Matthew J. Donnelly
                                            Matthew J. Donnelly
                                            KS Bar # 23354
                                            Petefish, Immel, Hird, Johnson,
                                                  Leibold & Sloan, LLP
                                            842 Louisiana Street
                                            Lawrence, KS 66044
                                            (785) 843-0450 telephone
                                            (785) 843-0407 facsimile
                                            mdonnelly@petefishlaw.com
                                            Admitted Pro Hac Vice

Approved:

UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA BOARD OF REGENTS, JAKE JOHNSON, LAURIE BELLOWS, MEAGAN COUNLEY, TONI ANAYA, Defendants

/s/ Lily Amare
Susan K. Sapp #19121
Lily Amare #25735
Cline Williams Wright
 Johnson & Oldfather, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, NE 68508
(402) 474-6900
ssapp@clinewilliams.com
lamare@clinewilliams.com

AND

Bren H. Chambers, #23150
Associate General Counsel
University of Nebraska
3835 Holdrege Street
Lincoln, NE 68583-0745
402-472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case. I further certify that the foregoing was emailed to the following:

Susan K. Sapp ssapp@clinewilliams.com
Lily Amare lamare@clinewilliams.com
Bren H. Chambers bchambers@nebraska.edu
**Counsel for Defendants**

/s/ Matthew J. Donnelly
Matthew J. Donnelly