# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:18cv3142 |
| | ) |
| v. | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| UNIVERSITY OF NEBRASKA, | ) **PLAINTIFF'S DESIGNATION OF** |
| | ) **REBUTTAL EXPERT PURSUANT** |
| UNIVERSITY OF NEBRASKA BOARD | ) **TO FED.R.CIV.P. 26(a)(2)** |
| OF REGENTS, | ) |
| | ) |
| JAKE JOHSON, | ) |
| | ) |
| LAURIE BELLOWS, | ) |
| | ) |
| MEAGAN COUNLEY, | ) |
| | ) |
| TONI ANAYA, | ) |
| Defendants. | ) |
| | ) |

COMES NOW Plaintiff John Doe through counsel Matthew Donnelly of Petefish, Immel, Hird, Johnson, Leibold and Sloan, LLP, and states that on April 30, 2020, Plaintiff's Designation of Rebuttal Expert and Report Pursuant to Fed.R.Civ.P. 26(a)(2) was emailed to the following persons:

Susan K. Sapp ssapp@clinewilliams.com
Lily Amare lamare@clinewilliams.com
Bren H. Chambers bchambers@nebraska.edu
**Counsel for Defendants**

Page **1** of **2**

Submitted by:

JOHN DOE, Plaintiff

/s/ Matthew J. Donnelly
Matthew J. Donnelly
KS Bar # 23354
Petefish, Immel, Hird, Johnson,
    Leibold & Sloan, LLP
842 Louisiana Street
Lawrence, KS 66044
(785) 843-0450 telephone
(785) 843-0407 facsimile
mdonnelly@petefishlaw.com
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case. I further certify that the foregoing was emailed to the following:

Susan K. Sapp ssapp@clinewilliams.com
Lily Amare lamare@clinewilliams.com
Bren H. Chambers bchambers@nebraska.edu
**Counsel for Defendants**

/s/ Matthew J. Donnelly
Matthew J. Donnelly