IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA BOARD OF REGENTS, JAKE JOHNSON, LAURIE BELLOWS, MEAGAN COUNLEY, TONI ANAYA<br><br>Defendants. | CASE NO. 4:18cv3142<br><br><br>DEFENDANTS'<br>MOTION TO STAY DISCOVERY |

COME NOW Defendants and hereby move the Court for an order staying discovery until after the Court has ruled on their Motion for Summary Judgment. In support of their Motion, Defendants state that Defendants' pending Motion for Summary Judgment may dispose of this case in its entirety, making discovery inappropriate while the Motion is pending.

A Brief in support of this motion is filed contemporaneously herewith.

Dated this 15th day of July, 2020.

                                                      UNIVERSITY OF NEBRASKA; UNIVERSITY OF NEBRASKA BOARD OF REGENTS; JAKE JOHNSON; LAURIE BELLOWS; MEAGAN COUNLEY; TONI ANAYA, Defendants

                                                      By:   /s/ Susan K. Sapp
                                                              Susan K. Sapp, #19121
                                                              Lily Amare, #25735
                                                              Paul D. Henderson, #26801
                                                              Cline Williams Wright
                                                                 Johnson & Oldfather, L.L.P.
                                                              1900 U.S. Bank Building

      233 South13th Street
      Lincoln, NE 68508
      (402) 474-6900
      ssapp@clinewilliams.com
      lamare@clinewilliams.com
      phenderson@clinewilliams.com

      AND

      Bren H. Chambers, #23150
      Associate General Counsel
      University of Nebraska
      3835 Holdrege Street
      Lincoln, NE 68583-0745
      402-472-1201
      bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

     I hereby certify that on July 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case. I further certify that the foregoing was served upon the attorneys for the plaintiff by U.S. mail, first class postage prepaid as follows:

| | |
|---|---|
| Roger D. Moore<br>REHM, BENNETT, MOORE<br>REHM & OCKANDER, P.C., L.L.O.<br>3701 Union Drive, #200<br>Lincoln, NE 68516<br>rmoore@rehmlaw.com | Matthew Donnelly<br>Petefish, Immel, Hird, Johnson,<br>  Leibold & Sloan, LLP<br>842 Louisiana Street<br>Lawrence, KS 66044<br>mdonnelly@petefishlaw.com |

      /s/ Susan K. Sapp
      Susan K. Sapp

4822-4313-6961, v. 1