# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18cv3142 |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF NEBRASKA, | ) | **NOTICE OF APPEAL** |
| | ) | |
| UNIVERSITY OF NEBRASKA BOARD OF REGENTS, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Plaintiff John Doe, by and through the undersigned counsel, and hereby gives Notice that Plaintiff appeals to the United States Court of Appeals for the Eighth Circuit from the:

**Memorandum and Order (Doc. # 98)**, and

**Judgment (Doc. # 99)**

both entered in this action on February 8, 2021.

PLAINTIFF, John Doe

By:   /s/ Matthew J. Donnelly
Matthew J. Donnelly
KS Bar # 23354
Petefish, Immel, Hird, Johnson,
    Leibold & Sloan, LLP
842 Louisiana Street
Lawrence, KS 66044
(785) 843-0450
(785) 843-0407 facsimile
mdonnelly@petefishlaw.com
Admitted Pro Hac Vice

CERTIFICATE OF COMPLIANCE

      I certify that on 3/10/21, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all parties who have entered an appearance in this case. I further certify that the foregoing was emailed to:

Susan K. Sapp ssapp@clinewilliams.com
Lily Amare lamare@clinewilliams.com
Bren H. Chambers bchambers@nebraska.edu
**Counsel for Defendants**

      /s/ Matthew J. Donnelly
      Matthew J. Donnelly