# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-1574
_____

John Doe

Plaintiff - Appellant

v.

University of Nebraska; University of Nebraska Board of Regents; Jake Johnson; Laurie Bellows; Meagan Counley; Toni Anaya

Defendants - Appellees

------

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:18-cv-03142-RGK)

------

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 20, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans