# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1574

John Doe

Appellant

v.

University of Nebraska, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:18-cv-03142-RGK)

---

**MANDATE**

In accordance with the judgment of 04/20/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 20, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit